AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

United States of America
v.
VICTORIA CHARITY WHITE

Defendant

)
) Case: 1:21-mj-00356
) Assigned To : Faruqui, Zia M.
) Assign. Date : 4/7/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) VICTORIA CHARITY WHITE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Impeding or Attempting to Impede Law Enforcement Officers Performing Official Duties;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 04/07/2021

2021.04.07 15:31:31 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) 4/7/21, and the person was arrested on (date) 4/8/21
at (city and state) Rochester, MN.

Date: 4/8/21

SA _[signature]_
_Arresting officer's signature_

Tricia Whitchill - Special Agent
_Printed name and title_