CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | *21-563* |
| ) | |
| vs. ) | Criminal Case No.: ~~19-563~~ (JDB) |
| ) | |
| ) | |
| VICTORIA CHARITY WHITE ) | |
| ) | |
| ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

ALLISON ETHEN  Digitally signed by ALLISON ETHEN
Date: 2023.08.10 12:13:11 -05'00'

Assistant United States attorney

Approved:

_____            Date: 8/17/23

United States District Judge